# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136425

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRICK CHRISTOPHER CATO,
      Defendant-Appellant.

SC: 136425
COA: 266323
Macomb CC: 2005-000081-FC

_____/

     On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk

d1217